ORIGINAL

FILED

02/23/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 24-0105

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## OP 24-0105

JEROMY ARCHER,

    Petitioner,

v.

MONTANA EIGHTEENTH JUDICIAL
DISTRICT COURT, GALLATIN COUNTY,
HON. JOHN C. BROWN, Presiding,

    Respondent.

**ORDER**

FILED

FEB 2 3 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana

Petitioner Jeromy Archer seeks a writ of supervisory control over the Montana Eighteenth Judicial District Court in Cause No. DR-22-468C to vacate that court's December 14, 2023 Findings of Fact, Conclusions of Law and Order, and Interim Parenting Plan. Archer maintains the District Court erred in failing to comply with § 3-5-126, MCA, in issuing its findings and conclusions, and it closed this case without issuing a Final Parenting Plan.

Having reviewed the Petition and the challenged Order, this Court deems it appropriate to obtain a summary response. Therefore, in accordance with M. R. App. P. 14(7),

IT IS ORDERED that the Eighteenth Judicial District Court and the named parties in Cause No. DR-22-468C are granted to and including March 25, 2024, to prepare, file, and serve responses to the petition for writ of supervisory control.

The Clerk is directed to provide immediate notice of this Order to counsel for Petitioner, all counsel of record in the Eighteenth Judicial District Court Cause No. DR-22-468C, and to the Honorable John C. Brown, presiding District Judge.

DATED this ___ day of February, 2024.

For the Court,

By _____
                    Justice